UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20730-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RYAN DOSEN,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's request to enter a guilty plea. The matter was referred to United States Magistrate Judge Andrea M. Simonton, who, on March 4, 2010, issued a Report and Recommendation on Change of Plea, in which she recommended that the Defendant's plea of guilty be accepted. (D.E. 213.) The Defendant and the Government were afforded the opportunity to file objections to the Magistrate Judge's Report, however, none were filed. The Court has conducted a *de novo* review of the record. Accordingly, it is hereby

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation (D.E. 213) is ADOPTED, AFFIRMED AND RATIFIED. The Defendant Ryan Dosen is hereby adjudicated guilty of Count One of the Indictment (D.E. 3).

DONE AND ORDERED in Chambers, at Miami, Florida, this _19th_ day of March, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record